IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JONATHAN AARON MCCULLOUGH,

      Appellant,

 v.

Case No.  5D21-2679
LT Case Nos. 2019-CF-41824-A
               2019-CF-026888-A

STATE OF FLORIDA,
      Appellee.
_____/
Decision filed March 14, 2023

Appeal from the Circuit Court
for Brevard County,
David C. Koenig, Judge.

Matthew J. Metz,, Public Defender, and
Victoria Rose Cordero, Assistant Public
Defender, Daytona Beach, for Appellant.

Jonathan Aaron McCullough, Lake Butler, pro
se.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS and HARRIS, JJ., concur.